IN THE UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CRIMINAL NO. 22-6 (ADC) (GLS) |
| | * | |
| ALBERTO J. NUNEZ-GOMEZ, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*\*\*

## MOTION TO CONTINUE ARRAIGNMENT AND DETENTION HEARING AND TO EXTEND TIME TO RETAIN PRIVATE COUNSEL

**I.    Introduction.**

The United States moved to review defendant Alberto J. Núñez-Gómez ("defendant Núñez) financial eligibility to be represented by the Federal Public Defender under the Criminal Justice Act. 18 U. S. C. § 3006A. Docket No. 4. At the previously scheduled arraignment and detention hearing, and after due review of defendant Núñez' financial affidavit, the Court granted defendant Núñez his request to continue both hearings in order to retain counsel. Docket no. 16.

**II.   Relief Requested.**

Defendant Núñez moves the Court to extend the time to retain counsel, and to continue the arraignment and detention hearing set for March 4, 2022, until March 11, 2022.

**III.  Basis for Relief.**

Defendant Núñez, through family members, has contacted two private attorneys in his effort to retain counsel. Undersigned assistant has spoken with both, as late as yesterday, March 2, 2022. One attorney has spoken with defendant Núñez' family members, and the other would do so yesterday, and possibly meet with defendant Núnez. Notwithstanding, at this time defendant Núñez has not retained counsel, and will need time beyond March 4, 2022 to do so.

**IV.   Prayer.**

Defendant Núñez moves the Court to note the content of this motion, continue the

arraignment and bail hearing until Friday, March 11, 2022, and grant him until such time to retain counsel.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 3rd day of March 2022.

I HEREBY CERTIFY that a copy of the foregoing motion was served on counsel for the government, U. S. Attorney W. Stephen Muldrow (att.: Assistant U. S. Attorney Linet Suárez)) through CM/ECF.

**ERIC A. VOS**
**Chief Defender**
**District of Puerto Rico**

*S/Carlos A. Vazquez*
CARLOS A. VÁZQUEZ ALVAREZ
Assistant Federal Public Defender
U.S.D.C. No. 206903
241 Franklin D. Roosevelt Avenue
Hato Rey, Puerto Rico 00918-2441
Tel. (787) 281-4922
E-mail address: carlos_vazquez@fd.org