## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiffs<br><br>Vs.<br><br>**ALBERTO JOSE NUÑEZ-GOMEZ,**<br>Defendant | **CRIM. NO. 22-0006 (ADC)** |

## INFORMATIVE MOTION

**To the Honorable Giselle Lopez-Soler**
**United States Magistrate Judge**
**For the District of Puerto Rico:**

**Comes now**, Alberto Nuñez-Gómez, through the undersigned attorney and respectfully states and prays:

1- This Honorable Court scheduled an arraignment and bail hearing for March 11, 2022, at 10am.

2- The undersigned attorney visited Mr. Nuñez today in MDC. We explained the terms of our legal representation agreement.

3- Mr. Nuñez is confident he will be able to comply with our fee schedule.

4- However, once the agreement is signed, we will be filing a formal appearance.

**We respectfully** request the court take notice of the information contained herein.

**I HEREBY CERTIFY** that a true and exact copy of this document has been filed through the Court's ECF/ECM which will send notification of this filing to all parties of record.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 3rd day of March 2022.

S/ ***Jennie Mariel Espada*, ESQ.**
USDC 225003
PO BOX 13811,
SJ, PR, 00908
787-758-1999/787-633-7199
espada.esquire@gmail.com